## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES,** | ) |
| | ) |
| v. | ) **CRIMINAL NO. 2:95-CR-04-DBH-01** |
| **ARMONDO JOHNTEL COLE,** | ) |
| **DEFENDANT** | ) |

## ORDER ON MOTION TO REDUCE SENTENCE

The defendant's motion to reduce sentence (ECF No. 129), is **DENIED**. I have no jurisdiction to grant such relief on any of the grounds that the defendant advances.

**SO ORDERED.**

**DATED THIS 27TH DAY OF OCTOBER, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**